UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERNETTA MUHAMMAD,

                Plaintiff,

-against-

TURKISH AIRLINES; CAPITAL ONE
BANK,

                Defendants.

---

26-CV-0518 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

Plaintiff brings this action *pro se*. By order dated May 5, 2026, the Court dismissed the complaint for lack of subject matter jurisdiction, but granted Plaintiff 30 days' leave to replead her claims in an amended complaint. (ECF 5.) On May 14, 2026, Plaintiff filed a "Proposed Order of Dismissal," in which she states that she does not intend to file an amended complaint, and requests that the action be dismissed "until further NOTICE." (ECF 6.)

The Court grants Plaintiff's request to withdraw this action. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a). A voluntary dismissal under Rule 41(a) is without prejudice to refiling.[1] If Plaintiff intends to refile her claims, she must do so by filing a new civil action.

SO ORDERED.

Dated:    May 18, 2026
           New York, New York

                                    Louis L. Stanton
                                    Louis L. Stanton
                                    U.S.D.J.

---

[1] "But if the plaintiff previously dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).